# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 5:12-cr-45-Oc-22PRL

JOSHUA STEPHEN WOFFORD

---

**ORDER**

This cause comes before the Court on a Report and Recommendation (Doc. No.105), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on July 21, 2020.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered July 22, 2020 (Doc. No. 105), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall appear before this court via ZOOM on **Tuesday, August 11, 2020 at 10:00 a.m.**, and shall show cause why supervised release should not be revoked.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties